

United States District Court
Eastern District of California

| Joel Casciani, et al. |
| --- |
Plaintiff(s)

V.

| Knowledge Support Systems, Inc., et al. |
| --- |
Defendant(s)

Case Number: | 2:26-cv-02211-CSK |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Shaoul Sussman _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Joel Casciani, Paola Hartman, and Crystal Turnbough

On _____ 12/04/2020 _____ (date), I was admitted to practice and presently in good standing in the

_____ State of New York _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

April 2, 2026, In re Nexstar-TEGNA Merger Litigation, 2:26-cv-00976-TLN-CKD,

application granted.

Date: _____ 06/22/2026 _____      Signature of Applicant: /s/ Shaoul Sussman _____

**Pro Hac Vice Attorney**

Applicant's Name: Shaoul Sussman

Law Firm Name: Simonsen Sussman LLP

Address: 307 West 38th Street

16th Floor

City: New York   State: NY   Zip: 10018

Phone Number w/Area Code: (646) 693-3929

City and State of Residence: New York, NY

Primary E-mail Address: shaoul@simonsensussman.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Constantine Economides

Law Firm Name: Dynamis LLP

Address: 1 SE 3rd Avenue, Suite 1000

City: Miami   State: FL   Zip: 33131

Phone Number w/Area Code: (305) 985-2959   Bar # 363454

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/22/2026

JUDGE, U.S. DISTRICT COURT



*Appellate Division of the Supreme Court
of the State of New York
Second Judicial Department*

———————

I, *Darrell M. Joseph*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Shaoul Sussman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **December 4, 2020**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on February 17, 2026.

*Clerk of the Court*

Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
Presiding Justice

DARRELL M. JOSEPH
Clerk of the Court

KENNETH BAND
MELISSA KRAKOWSKI
Deputy Clerks

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
Associate Deputy Clerks

*CertID-00274866*

Revised October 2024

Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024