

United States District Court
Eastern District of California

| | |
|---|---|
| Joel Casciani, et al. | |
| Plaintiff(s) | Case Number: 2:26-cv-02211-CSK |
| V. | |
| Knowledge Support Systems, Inc., et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Nicolas Stebinger _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Joel Casciani, Paola Hartman, and Crystal Turnbough

On ___03/16/2024___ (date), I was admitted to practice and presently in good standing in the

___District of Columbia___ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

April 2, 2026, In re Nexstar-TEGNA Merger Litigation, 2:26-cv-00976-TLN-CKD,

application granted.

Date:___06/22/2026___     Signature of Applicant: /s/ Nicolas Stebinger_____

**Pro Hac Vice Attorney**

Applicant's Name: Nicolas Stebinger

Law Firm Name: Simonsen Sussman LLP

Address: 1629 K Street NW, Suite 300

City: Washington    State: DC    Zip: 20006

Phone Number w/Area Code: (202) 384-3130

City and State of Residence: Washington, DC

Primary E-mail Address: nicolas@simonsensussman.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Constantine Economides

Law Firm Name: Dynamis LLP

Address: 1 SE 3rd Avenue, Suite 1000

City: Miami    State: FL    Zip: 33131

Phone Number w/Area Code: (305) 985-2959    Bar # 363454

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/22/2026

_____
JUDGE, U.S. DISTRICT COURT



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# Nicolas Stebinger

*was duly qualified and admitted on March 16, 2024 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

***In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 13, 2026.***

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*