

United States District Court
Eastern District of California

Joel Casciani, et al.

Plaintiff(s)

V.

Knowledge Support Systems, Inc., et al.

Defendant(s)

Case Number: 2:26-cv-02211-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Paul Goodrich _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Joel Casciani, Paola Hartman, and Crystal Turnbough

On _____04/20/2023_____ (date), I was admitted to practice and presently in good standing in the

_____State of Florida_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

April 2, 2026, In re Nexstar-TEGNA Merger Litigation, 2:26-cv-00976-TLN-CKD,

application granted.

Date: _____06/22/2026_____          Signature of Applicant: /s/ _____Paul Goodrich_____

**Pro Hac Vice Attorney**

Applicant's Name: Paul Goodrich

Law Firm Name: Simonsen Sussman LLP

Address: 307 West 38th Street

16th Floor

City: New York          State: NY      Zip: 10018

Phone Number w/Area Code: (332) 278-2070

City and State of Residence: Miami, FL

Primary E-mail Address: paul.goodrich@simonsensussman.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Constantine Economides

Law Firm Name: Dynamis LLP

Address: 1 SE 3rd Avenue, Suite 1000

City: Miami          State: FL      Zip: 33131

Phone Number w/Area Code: (305) 985-2959          Bar # 363454

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/22/2026

JUDGE, U.S. DISTRICT COURT

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do*

*hereby certify that*

**PAUL MICHAEL GOODRICH**

*was admitted as an attorney and counselor entitled to practice law in all the*

*Courts of the State of Florida on APRIL 20, 2023, is presently in good standing,*

*and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the*

*Supreme Court of Florida at Tallahassee,*

*the Capital, this FEBRUARY 3, 2026.*

_____

*Clerk of the Supreme Court of Florida*