# United States District Court
# Eastern District of California

JOEL CASCIANI, et al.

Plaintiff(s)

V.

KNOWLEDGE SUPPORT SYSTEMS, INC. d/b/a KALIBRATE, et al.

Defendant(s)

Case Number: 2:26-CV-02211-DAD-CSK

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andre Geverola hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

BP Products North America, Inc.; Travel Centers of America Inc.; TA Franchise Systems LLC; TA Operating LLC

On 11/06/2003 (date), I was admitted to practice and presently in good standing in the State of Illinois (Supreme Court of Illinois) (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/17/2026 Signature of Applicant: /s/ Andre Geverola

**Pro Hac Vice Attorney**

Applicant's Name: Andre Geverola

Law Firm Name: Arnold & Porter Kaye Scholer LLP

Address: 300 North LaSalle Drive

Suite 3500

City: Chicago State: IL Zip: 60654-3406

Phone Number w/Area Code: (312) 583-2300

City and State of Residence: Chicago, IL

Primary E-mail Address: andre.geverola@arnoldporter.com

Secondary E-mail Address: ______________________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: D. Eric Shapland

Law Firm Name: Arnold & Porter Kaye Scholer LLP

Address: 777 South Figueroa Street, 44th Floor

City: Los Angeles State: CA Zip: 90017-5844

Phone Number w/Area Code: (213) 243-4000 Bar # 193853

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 17, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT