United States District Court
Eastern District of California

JOEL CASCIANI, et al.,

Plaintiff(s)

V.

KNOWLEDGE SUPPORT SYSTEMS, INC., et al.,

Defendant(s)

Case Number: 2:26-cv-02211-DAD-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, David Jarrett Arp hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

7-ELEVEN, INC., and SPEEDWAY LLC

On 12/02/1994 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/20/2026

Signature of Applicant: /s/ David Jarrett Arp

**Pro Hac Vice Attorney**

Applicant's Name: David Jarrett Arp

Law Firm Name: Davis Polk & Wardwell LLP

Address: 1050 17th St. NW

City: Washington State: DC Zip: 20036

Phone Number w/Area Code: (202) 962-7150

City and State of Residence: Alexandria, VA

Primary E-mail Address: jarrett.arp@davispolk.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Micah G. Block

Law Firm Name: Davis Polk & Wardwell LLP

Address: 900 Middlefield Road

City: Redwood City State: CA Zip: 94063

Phone Number w/Area Code: (650) 752-2000 Bar # 270712

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 21, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT