# United States District Court
# Eastern District of California

Joel Casciani, et al.

Plaintiff(s)

V.

Knowledge Support Systems, Inc., et al.

Defendant(s)

Case Number: 2:26-cv-02211-DAD CSK

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Victoria Field hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Joel Casciani, Paola Hartman, and Crystal Turnbough

On 10/23/2024 (date), I was admitted to practice and presently in good standing in the State of Connecticut (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

April 2, 2026, In re Nexstar-TEGNA Merger Litigation, 2:26-cv-00976-TLN-CKD, application granted.

Date: 06/29/2026 Signature of Applicant: /s/ Victoria Field

**Pro Hac Vice Attorney**

Applicant's Name: Victoria Field

Law Firm Name: Simonsen Sussman LLP

Address: 307 West 38th Street

16th Floor

City: New York State: NY Zip: 10018

Phone Number w/Area Code: (860) 329-8248

City and State of Residence: Manchester, CT

Primary E-mail Address: victoria.field@simonsensussman.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Constantine Economides

Law Firm Name: Dynamis LLP

Address: 1 SE 3rd Avenue, Suite 1000

City: Miami State: FL Zip: 33131

Phone Number w/Area Code: (305) 985-2959 Bar # 363454

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 23, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT