# United States District Court
# Eastern District of California

JOEL CASCIANI, et al.

Plaintiff(s)

V.

KNOWLEDGE SUPPORT SYSTEMS, INC., et al.

Defendant(s)

Case Number: 2:26-cv-02211-DAD-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kyle Joseph Angelotti hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendants Circle K Stores, Inc. and TMC Franchise Corp.

On 11/07/2022 (date), I was admitted to practice and presently in good standing in the the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/03/2026

Signature of Applicant: /s/ Kyle Angelotti

**Pro Hac Vice Attorney**

Applicant's Name: Kyle Joseph Angelotti

Law Firm Name: Shinder Cantor Lerner LLP

Address: 600 14th St. NW, 5th Floor

City: Washington State: DC Zip: 20005

Phone Number w/Area Code: (646) 960-8635

City and State of Residence: Washington, District of Columbia

Primary E-mail Address: kangelotti@scl-llp.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew Segal

Law Firm Name: Stoel Rives LLP

Address: 500 Capitol Mall

Suite 1600

City: Sacramento State: CA Zip: 95814

Phone Number w/Area Code: (916) 319-4676 Bar # 190938

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 5, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT