**ARNOLD & PORTER KAYE SCHOLER LLP**
Michael B. Bernstein (*pro hac vice*)
Jonathan I. Gleklen (*pro hac vice*)
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Michael.B.Bernstein@arnoldporter.com
Jonathan.Gleklen@arnoldporter.com

Andre Geverola (*pro hac vice*)
300 North LaSalle Drive, Suite 3500
Chicago, IL 60654-3406
Telephone: (312) 583-2300
Andre.Geverola@arnoldporter.com

D. Eric Shapland (SBN 193853)
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Eric.Shapland@arnoldporter.com

Esther Ha Yoon Sohn (*pro hac vice*)
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Esther.Sohn@arnoldporter.com

*Attorneys for Defendants BP Products North America Inc., TravelCenters of America Inc., TA Operating LLC, and TA Franchise Systems LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| JOEL CASCIANI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KNOWLEDGE SUPPORT SYSTEMS, INC. d/b/a KALIBRATE, et al.<br><br>Defendants. | Case No. 2:26-CV-02211-DAD-CSK<br><br>**DEFENDANT BP PRODUCTS NORTH AMERICA INC.'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>Judge: Hon. Dale A. Drozd<br>Action Filed: June 22, 2026 |

Pursuant to Federal Rule of Civil Procedure 7.1, BP Products North America Inc., by and through its undersigned counsel, hereby states:

BP Products North America Inc. is a Maryland corporation with its principal place of business in Illinois. BP Products North America Inc. is a 100% wholly owned indirect subsidiary of BP p.l.c., a publicly traded corporation organized under the laws of England and Wales. No other publicly held corporation owns 10% or more of its stock.

BP Products North America Inc. provides these disclosures solely for the purpose of Federal Rule of Civil Procedure 7.1 and reserves the right to supplement them as needed.

Dated: August 14, 2026

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Michael B. Bernstein*

Michael B. Bernstein (*pro hac vice*)
Jonathan I. Gleklen (*pro hac vice*)
601 Massachusetts Avenue, NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Michael.B.Bernstein@arnoldporter.com
Jonathan.Gleklen@arnoldporter.com

Andre Geverola (*pro hac vice*)
300 North LaSalle Drive, Suite 3500
Chicago, IL 60654-3406
Telephone: (312) 583-2300
Andre.Geverola@arnoldporter.com

D. Eric Shapland (SBN 193853)
777 South Figueroa St., 44th Floor
Los Angeles, California 90017-5844
Telephone: 213-243-4000
Eric.Shapland@arnoldporter.com

Esther Ha Yoon Sohn (*pro hac vice*)
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Esther.Sohn@arnoldporter.com

*Attorneys for Defendants BP Products North America Inc., TravelCenters of America Inc., TA Operating LLC, and TA Franchise Systems LLC*