**WILMER CUTLER PICKERING HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
MADEEHA DEAN (SBN 340563)
Sonal.Mehta@wilmerhale.com
Madeeha.Dean@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
EMMA ELLMAN-GOLAN (*pro hac vice*)
David.Gringer@wilmerhale.com
Emma.Ellman-Golan@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

RYAN DANKS (*pro hac vice*)
Ryan.Danks@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Walmart Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

JOEL CASCIANI, PAOLA HARTMAN, TRAVIS MCMICHAEL, ERNEST SCOGGAN, and CRYSTAL TURNBOUGH, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

KALIBRATE PRICING INC., 7-ELEVEN, INC., SPEEDWAY LLC, EG RETAIL (AMERICA), LLC, BP PRODUCTS NORTH AMERICA INC., TRAVELCENTERS OF AMERICA INC., TA OPERATING LLC, WALMART INC., CIRCLE K STORES INC., TMC FRANCHISE CORPORATION, ALBERTSONS COMPANIES, INC., ALBERTSONS SAFEWAY LLC, and DOE CORPORATIONS 1-10,

Defendants.

Case No. 2:26-cv-02211-DAD-CSK

**DEFENDANT WALMART INC.'S NOTICE OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND MOTION TO DISMISS**

Filed concurrently with Memorandum of Points and Authorities and Declarations of Troy Avidano, Joseph Velli, Brian Bailey, and David Gringer

Date: March 1, 2027
Time: 1:30 p.m.
Dept.: Courtroom 4, 15th Floor
Judge: Hon. Dale A. Drozd

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 1, 2027, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Dale A. Drozd, in Courtroom 4, 15th Floor, of the United States District Court for the Eastern District of California, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814, Defendant Walmart Inc. ("Walmart") will and hereby does move for an order (1) compelling Plaintiff Crystal Turnbough to arbitrate her claims against Walmart on an individual basis; (2) staying Turnbough's claims against Walmart pending completion of that arbitration; and (3) dismissing under Federal Rule of Civil Procedure 12(b)(6) all remaining claims against Walmart in the First Amended Complaint ("FAC").

The motion to compel arbitration and stay is made under the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1–16, on the grounds that Turnbough agreed to Walmart's Terms of Use, including their agreement to arbitrate on an individual basis, when she enrolled in Walmart+ and repeatedly thereafter; that the Terms delegate all gateway questions of arbitrability to the arbitrator; and that, even if those questions were not delegated, the Arbitration Agreement is enforceable and encompasses her claims. The motion to dismiss is made on the grounds that the FAC does not plausibly allege that Walmart joined the conspiracy on which Plaintiffs' claims depend, for the reasons stated in the accompanying Memorandum of Points and Authorities and in Defendants' Joint Motion to Dismiss, Dkt. [__], which Walmart joins.

Pursuant to Section 1.C of the Court's Standing Order in Civil Cases, counsel for Walmart certifies that meet-and-confer efforts have been exhausted. On October 16, 2026, counsel for Walmart met and conferred with counsel for Plaintiffs by videoconference regarding the substance of this motion, including the grounds for compelling individual arbitration of Turnbough's claims and for dismissing the remaining claims against Walmart. On October 19, 2026, at Plaintiffs' counsel's request, counsel for Walmart identified the Walmart.com Terms of Use and Walmart+ Terms of Use on which the motion relies and summarized the provisions at issue. The parties were unable to resolve the issues presented, and Plaintiffs have indicated they oppose the motion.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Troy Avidano, Joseph Velli, Brian Bailey, and David Gringer and the exhibits thereto, the pleadings and records on file in this action, and any further evidence or argument presented at or before the hearing.

Dated: October 23, 2026

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: */s/ Madeeha Dean*

MADEEHA DEAN (SBN 340563)
Madeeha.Dean@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorney for Defendant Walmart Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, I electronically filed the following documents with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel:

1. Defendant Walmart Inc.'s Notice of Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss;
2. Declaration of Troy Avidano in Support of Defendant Walmart Inc.'s Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss and Exhibits A-O;
3. Declaration of Joseph Velli in Support of Defendant Walmart Inc.'s Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss and Exhibits A-C;
4. Declaration of Brian Bailey in Support of Defendant Walmart Inc.'s Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss; and
5. Declaration of David Z. Gringer in Support of Defendant Walmart Inc.'s Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss.

Pursuant to Eastern District of California Local Rules 140 and 141 and Section V of Judge Drozd's Civil Standing Order, Walmart also submitted to chambers and served on all parties a Request to Seal and Redact Documents in connection with the Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss. Walmart provided chambers and all parties with:

1. Exhibit A to the Declaration of David Z. Gringer in Support of Defendant Walmart Inc.'s Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss to be filed under seal; and
2. Defendant Walmart Inc.'s Memorandum of Points and Authorities in Support of Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss with proposed redactions in yellow highlights.

Dated: October 23, 2026

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: */s/ Madeeha Dean*

MADEEHA DEAN (SBN 340563)
Madeeha.Dean@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorney for Defendant Walmart Inc.*