**WILMER CUTLER PICKERING
HALE AND DORR LLP**
SONAL N. MEHTA (SBN 222086)
MADEEHA DEAN (SBN 340563)
Sonal.Mehta@wilmerhale.com
Madeeha.Dean@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

DAVID Z. GRINGER (*pro hac vice*)
EMMA ELLMAN-GOLAN (*pro hac vice*)
David.Gringer@wilmerhale.com
Emma.Ellman-Golan@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

RYAN DANKS (*pro hac vice*)
Ryan.Danks@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant Walmart Inc.*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

JOEL CASCIANI, PAOLA HARTMAN, TRAVIS MCMICHAEL, ERNEST SCOGGAN, and CRYSTAL TURNBOUGH, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

KALIBRATE PRICING INC., 7-ELEVEN, INC., SPEEDWAY LLC, EG RETAIL (AMERICA), LLC, BP PRODUCTS NORTH AMERICA INC., TRAVELCENTERS OF AMERICA INC., TA OPERATING LLC, WALMART INC., CIRCLE K STORES INC., TMC FRANCHISE CORPORATION, ALBERTSONS COMPANIES, INC., ALBERTSONS SAFEWAY LLC, and DOE CORPORATIONS 1-10,

Defendants.

Case No. 2:26-cv-02211-DAD-CSK

**DEFENDANT WALMART INC.'S NOTICE OF REQUEST TO SEAL AND REDACT DOCUMENTS**

Judge: Hon. Dale A. Drozd

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Eastern District of California Local Rules 140 and 141 and Section V of Judge Drozd's Civil Standing Order, Defendant Walmart Inc. ("Walmart") has submitted to the Court a Request to Seal and Redact Documents in connection with its Memorandum of Points and Authorities in Support of Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss ("Motion"), filed concurrently herewith.

The documents that Walmart requests to be filed under seal or in redacted form are:

1. Exhibit A to the Declaration of David Z. Gringer in Support of Defendant Walmart Inc.'s Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss; and
2. Portions of the Memorandum of Points and Authorities in Support of Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss.

This request is made pursuant to Eastern District of California Local Rules 140 and 141, on the grounds that Exhibit A is a non-public Master Services Agreement between Sam's West, Inc., a Walmart affiliate, and Knowledge Support Systems Inc. d/b/a Kalibrate ("Kalibrate") (the "Kalibrate Agreement"), which the parties agreed is confidential. The Kalibrate Agreement discloses the terms on which Sam's Club contracts with technology vendors, including the caps on each party's liability, the scope and limits of Kalibrate's indemnification obligations, the conditions on Sam's Club's audit rights, and Kalibrate's obligations on termination, as well as an information security addendum identifying the personnel and channels for responding to data-security incidents. Disclosure would allow vendors, retailers, and Kalibrate's other customers to use those terms as a benchmark in their own negotiations, harming the competitive standing of Walmart and Kalibrate. Walmart also seeks to redact two passages of the publicly filed Motion that quote the Kalibrate Agreement.

Walmart's Request to Seal and Redact Documents in Support of its Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss, proposed order, supporting declaration of David Z. Gringer, exhibit to be sealed, and Memorandum of Points and Authorities in Support of Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss with proposed

redactions in yellow highlights are being sent via electronic mail to Judge Drozd's email inbox for proposed orders. These documents will be served on all parties.

Dated: October 23, 2026

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: */s/ Madeeha Dean*

MADEEHA DEAN (SBN 340563)
Madeeha.Dean@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorneys for Defendant Walmart Inc.*